UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al._<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RBS CONSULTING, INC.,<br><br>　　　　　Defendant. | No. CV 10-4738 PA (Ex)<br><br>JUDGMENT |

Pursuant to the Court's July 11, 2011 Order granting the Motion for Summary Judgment filed by plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, the Trustees of the Southern California IBEW-NECA Health Trust Fund, the Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, the Trustees of the National Electrical Benefit Fund, the Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, and the Trustees of the National IBEW-NECA Labor-Management Cooperation Committee (collectively "Plaintiffs") it is now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.  Plaintiffs shall have judgment in their favor against defendant RBS Consulting, Inc. ("Defendant").

2.  Plaintiffs shall recover from Defendants $70,680.05 in unpaid fringe benefit contributions plus $8,183.64 in prejudgment interest on that amount; $22,299.73 in liquidated damages; and $4,095.00 in auditor's fees, for a total award of $105,258.42.

3.  Defendant shall take nothing and Plaintiffs shall recover their costs of suit.

IT IS SO ORDERED.

DATED: July 11, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE